State v. Steptoe.

———o———

STATE OF MISSOURI, Respondent, *vs.* JNO. STEPTOE, Appellant.

1. *Constitution—Act of March*, 1875—*Cases taken by appeal out of their districts.*—Under the late constitution of this State (Art. IV, § 5) causes can be docketed and heard only at the session of the Supreme court held in the district wherein they originated. And the act of March 27th, 1875 (Sess. Acts 1875, p. 106) in so far as it authorizes cases to be taken out of their respective districts, is invalid.

*Appeal from St. Louis Criminal Court.*

No brief filed. Opinion rendered on motion to strike case from docket.

State v. Steptoe.

WAGNER, Judge, delivered the opinion of the court.

The accused was convicted of robbery in the first degree in the St. Louis criminal court, and he has appealed his case here to our session in Jefferson City. The appeal was taken under an act approved March 27, 1875, entitled "An act to provide for the more speedy determination of criminal cases in the Supreme Court." (Acts 1875, p. 106.) The act provides that any person who is convicted upon an indictment for felony, where no supersedeas is granted, may, if he so elect, take an appeal, or sue out a writ of error, returnable to the term of the Supreme Court next following such conviction, wherever such term may be held, any law to the contrary notwithstanding.

The Constitution says: "The State shall be divided into convenient districts, not to exceed four, in each of which the Supreme Court shall be held, at such time and place as the General Assembly may appoint; and when sitting in either district it shall exercise jurisdiction over causes originating in that district only." (Art. 4, § 5.) The State is now divided in three districts, in each of which the Supreme Court holds its sessions, one session being held at Jefferson City, one at St. Louis, and the other at St. Joseph. By the provisions of the Contitution above referred to, the court is prohibited from taking jurisdiction of cases except where they originate in the district where it is holding its session.

As the present case originated and was tried in the St. Louis district, it cannot be appealed and heard by the court at this place, and it will, therefore, be stricken from the docket. The other judges concur.